**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6264

TOCCARA YVONNE PULLER,

Plaintiff - Appellant,

v.

ARLINGTON COUNTY SHERIFF'S OFFICE; ARLINGTON COUNTY P&P; MEDIKO; ARLINGTON COUNTY C.P.S.; ARLINGTON COUNTY D.S.S.; ARLINGTON COUNTY D.H.S.; VIRGINIA HOSPITAL CENTER; P.S.H.; H.U.D. ARLINGTON COUNTY; PACT PROGRAM; ARLINGTON COUNTY POLICE DEPARTMENT; CENTRAL STATE HOSPITAL; D.S.K. LAW; NEWTON TURNER; WILLIAM TURNER; BILL TURNER GAL; UNKNOWN; DE'ANDRE DAVIS; ARLINGTON COUNTY JDR; ARLINGTON COUNTY CIRCUIT COURT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Mark R. Colombell, Magistrate Judge.  (3:23-cv-00756-JAG-MRC)

Submitted:  September 19, 2024                          Decided:  September 24, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Toccara Yvonne Puller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toccara Yvonne Puller seeks to appeal the magistrate judge's order denying without prejudice Puller's motions for counsel, discovery, and a jury trial.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Puller seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction and deny Puller's motion for a jury trial.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*